**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1314

NORMAN L. NICHOLS, JR.,

Plaintiff - Appellant,

versus

CAROLINE COUNTY BOARD OF EDUCATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:05-cv-02658-WDQ)

Submitted:  October 18, 2006     Decided:  November 3, 2006

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norman L. Nichols, Jr., Appellant Pro Se.  Steven Bruce
Schwartzman, HODES, ULMAN, PESSIN & KATZ, PA, Towson, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norman L. Nichols, Jr., appeals the district court's orders granting the Caroline County Board of Education's Fed. R. Civ. P. 12(b)(6) motion to dismiss and denying Nichols' motion to reconsider, which the district court construed as a Fed. R. Civ. P. 59(e) motion to alter or amend, in this employment discrimination case. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. Nichols v. Caroline Cnty. Bd. of Education, No. 1:05-cv-02658-WDQ (D. Md. Jan. 6 and Feb. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED